# Exhibit 2



**DEPARTMENT OF THE ARMY**
CORPS OF ENGINEERS, JACKSONVILLE DISTRICT
701 SAN MARCO BOULEVARD
JACKSONVILLE, FLORIDA 32207-8915

MAR 2 1 2019

Office of Counsel

Ms. Jaclyn Lopez
Staff Attorney
Center for Biological Diversity
Post Office Box 2155
Saint Petersburg, Florida 33731

Dear Ms. Lopez:

The U.S. Army Corps of Engineers (Corps), the U.S. Fish and Wildlife Service (FWS or Service), and the National Marine Fisheries Service (NMFS or Service) received your December 19, 2018, letter providing the Center for Biological Diversity, the Calusa Waterkeeper, and Waterkeeper Alliance's 60-day notice of intent to sue the Corps and Services over alleged violations of the Endangered Species Act (ESA) and the Administrative Procedure Act regarding the Lake Okeechobee Regulation Schedule (LORS). The Corps and the Services are providing this joint response to your letter.

The Corps will, at a minimum, engage in informal consultation with both Services concerning LORS at this time. If appropriate, the Corps will request formal consultation. The Corps' letters to the Services regarding consultation are enclosed.

Please be advised, the Corps conducts a Periodic Scientists call for Lake Okeechobee and the Estuaries. This call is for purposes of exchanging information relevant to Central & Southern Florida Project operations as they relate to the surrounding areas. FWS and NMFS are invited to participate in these calls that vary in frequency depending on conditions, and the public is invited to attend. The Corps considers the best available information in making its decisions concerning releases. At present, the Corps is using its additional operational flexibility consistent with the water control plan for Lake Okeechobee to manage the lake in the lower level of the operational band. This has benefits for overall system ecology and reduces the probability of having to release water during the summer when harmful algae are more likely to be present.

As you aware, the Corps is in the scoping phase for development of a new water control plan for Lake Okeechobee, entitled Lake Okeechobee System Operating Manual (LOSOM). As part of that process the Corps will coordinate with both Services on ESA implications of LOSOM. For more information on LOSOM, please visit the

-2-

Corps's website at: https://www.saj.usace.army.mil/LOSOM/.  The Corps is in receipt of your comment letter dated January 30, 2019, regarding your request to expedite Lake Okeechobee System Operating Manual (LOSOM)/2022 LORS.  Should you wish to provide any further comments, the public comment period for scoping has been extended to April 22, 2019.

If you have any questions regarding this matter, please contact Brooks Moore at 904-232-1164.

Sincerely,

Jerry T. Murphy, P.E., PMP
Deputy District Engineer
  for Programs and Project Management

Enclosures

David Bernhart
National Marine Fisheries Service
Assistant Regional Administrator
Protected Resources Division
Southeast Region Office

ROXANNA
HINZMAN

Digitally signed by
ROXANNA HINZMAN
Date: 2019.03.21
17:51:00 -04'00'

For  Larry Williams
U.S. Fish and Wildlife Service
State Supervisor for Ecological Services
  in Florida



**DEPARTMENT OF THE ARMY**
CORPS OF ENGINEERS, JACKSONVILLE DISTRICT
701 SAN MARCO BOULEVARD
JACKSONVILLE, FLORIDA 32207-8915

Planning and Policy Division          MAR 2 1 2019
Environmental Branch


Larry Williams
Florida State Supervisor
U.S. Fish and Wildlife Service
1339 20th Street
Vero Beach, Florida 32960

Dear Mr. Williams:

The U.S. Army Corps of Engineers (Corps) has reviewed our Endangered Species Act (ESA) consultation records with the U.S. Fish and Wildlife Service (FWS) with respect to the 2008 Lake Okeechobee Regulation Schedule Water Control Plan (LORS 2008). This review has been conducted in light of initial information gathered to support formulation and evaluation of a new Lake Okeechobee regulation schedule as part of the Lake Okeechobee System Operating Manual (LOSOM) initiated January 25, 2019. The previous LORS 2008 consultation with FWS was completed on October 12, 2007 and resulted in a FWS concurrence with the Corps' determination that LORS 2008 may affect, but is not likely to adversely affect the West Indian manatee (*Trichechus manatus*) and designated critical habitat, wood stork (*Mycteria americana*), and Okeechobee gourd (*Cucurbita okeechobeensis*). The FWS provided a biological opinion to cover a may affect determination for the Everglade snail kite (*Rostrhamus sociabilis plumbeus*) and critical habitat. The Corps also advised FWS of its determination that LORS would have no effect on the Cape Sable seaside sparrow (*Ammodramus maritimus mirabilis*), eastern indigo snake (*Drymarchon corais couperi*), Florida panther (*Puma concolor coryi*), and bald eagle (*Haliaeetus leucocephalus*). Consultation was reinitiated in December 2015 and completed on June 4, 2018. In addition to resulting in the same effects determinations regarding the above species, the consultation also resulted in a FWS concurrence with the Corps' determination that LORS 2008 may affect, but is not likely to adversely affect the Florida bonneted bat (*Eumops floridanus*). The Corps also advised FWS of its determination that LORS would have no effect on the Audubon's crested caracara (*Polyborus plancus audubonii*).

Pursuant to the Endangered Species Act (ESA) regulations at 50 CFR § 402.16, reinitiation of formal consultation will be required where discretionary Corps involvement or control over the action has been retained (or is authorized by law) and if: 1) the amount or extent of incidental take is exceeded; 2) new information reveals effects of the Corps' action that may affect listed species or critical habitat in a manner or to an extent not considered; 3) the Corps' action is subsequently modified in a manner that

-2-

causes an effect to the listed species or critical habitat not considered; or 4) a new species is listed or critical habitat designated that may be affected by the action. The Corps does not have any information suggesting any of these criteria have been met, but is aware that there are concerns regarding the relationship between LORS 2008, harmful algal blooms, and listed species.

Pursuant to the ESA, as amended, the Corps is requesting informal consultation to coordinate on any new information that could relate to LORS effects (see attachment – Figure 1).  Through correspondence and telephonic communication with FWS, the Corps intends to determine whether new information is available that would change the previous effects determinations.

If you have any questions, or need further information, please contact Andy LoSchiavo by email at Andrew.J.LoSchiavo@usace.army.mil or telephone at 904-232-2077.  Thank you for your assistance in this matter.

Sincerely,

Angela E. Dunn
Chief, Environmental Branch

**Lake Okeechobee Regulation Schedule Informal Endangered Species Act Consultation**

## 1   INTRODUCTION

The purpose of this document is to coordinate information on the effects of the overall water management of Lake Okeechobee and the water releases associated with the Lake Okeechobee Regulation Schedule (LORS) on any threatened, endangered, or proposed species, as well as on any designated or proposed critical habitats in Lake Okeechobee (LO). This informal consultation package is prepared in accordance with the legal requirements set forth under regulations implementing Section 7 of the Endangered Species Act (ESA) regulations (50 C.F.R. Part 402). Initial analysis has relied upon a comparison of LORS to the prior water control plan (water supply and environment, the environmental baseline) to describe LORS' effects with respect to Lake Okeechobee and downstream estuaries. The Corps is currently considering changes to LORS as it develops the Lake Okeechobee System Operating Manual process (LOSOM).  However, the new proposed schedule will not be available for 2 years, so the ongoing action, LORS 2008, has not yet changed.  The Corps recognizes that newly listed species need to be analyzed for effects of the action, so the Corps requests verification of a species list.  A project description has been provided to assist the U.S. Fish and Wildlife Service (FWS).  In addition, the Corps is providing its analysis of the LORS releases related to algal blooms based on current information in recognition that new information is being gathered to support the LOSOM study.

## 2   PROJECT DESCRIPTION

### 2.1   PROJECT AUTHORITY

Authority for the 2008 LORS is the Flood Control Act of 1948 (approved by Congress on June 30).  It authorized the Central and Southern Flood Control Project, which is a multipurpose project that provides flood control, water supply for municipal, industrial, and agricultural uses, prevention of salt water intrusion, water supply for Everglades National Park (ENP), and protection of fish and wildlife resources.  Furthermore, Section 310 of the 1990 Water Resources Development Act directed the Chief of Engineers to:

> …review the report of the Chief of Engineers on central and southern Florida, published as house Document 643, 80th Congress, 2nd Session, and other pertinent reports, with a view to determining whether modifications to the existing project are advisable at the present time due to significantly changed physical, biological, demographic, or economic conditions, with particular reference to modifying the project or its operations for improving the quality of the environment, improving protection of the aquifer, and improving the integrity, capability, and conservation of urban water supplies affected by the project or its operations.

## 2.2   PROJECT ACTION

The 2008 LORS was developed to manage water movement into and out of LO and to manage the lake levels to meet congressionally authorized project purposes including, flood control, water supply, navigation, fish and wildlife enhancement, and recreation. The original ESA consultation for the 2008 LORS was completed with the FWS on October 12, 2007 and with the NMFS on September 11, 2007.  Consultation was reinitiated with NMFS on designated critical habitat for the smalltooth sawfish, which was completed in May 13, 2015.  In addition, ESA consultation with FWS was reinitiated in December 22, 2015 and completed on June 4, 2018. The purpose of this informal re-initiation of ESA consultation for the 2008 LORS is to gather information on LORS 2008 that related to harmful algal blooms and any potential effects on species under the purview of the FWS. The LORS actions are fully described in the 2008 water control plan and environmental impact statement (USACE 2008).

The 2008 LORS regulation schedule replaced the Water Supply and Environment schedule (WSE, Corps 2000). One goal of particular importance for LORS was managing lower lake stages in LO, as extended periods of high water levels cause stress to the lake's littoral zone and integrity issues of the HHD. Another goal for this study was to reduce high regulatory releases to the St. Lucie and Caloosahatchee Estuaries, while balancing the needs of other project purposes such as flood control, water supply, navigation, recreation, as well as fish and wildlife enhancement.

The regulation schedule operational guidelines structure includes: Part 1-Define Lake Okeechobee Discharges to the Water Conservation Areas and Part 2-Define Lake Okeechobee Discharges to Tidewater (estuaries). The changes between LORS and WSE included the following: 1) the high and low elevations to manage lake levels are 11.5 feet to 17.25 feet, NGVD, with "up to maximum" releases to tidewater when in band A, if lake stage is greater than 17.25 feet; 2) regulatory bands A, B, and C bottoms are lower compared to WSE resulting in a more proactive schedule to limit high water conditions in LO; 3) allowance for the opportunity to reduce moderate to extreme high discharges to the St. Lucie Estuary. For example, when comparing the LORS to the WSE schedule, the band B maximum discharges at S-80 are lowered from 3500 to 2800 cubic feet per second (cfs). Band C maximum discharges at S-80 are lowered from 2500 to 1800 cfs; and 4) LORS allows for base flows to the Caloosahatchee Estuary for estuarine management efforts.

LORS also addresses long term weather patterns by applying tributary hydrologic conditions that represent longer term wet or dry conditions that have persisted in the tributaries. This is accomplished in two ways. The Palmer Drought Severity Index is used instead of the 30-day net rainfall, and the 14-day mean LO net inflow replaced the 14-day mean S-65E flow. The Palmer Drought Severity Index is a meteorological index that responds to weather conditions that have been abnormally dry or abnormally wet. The index is calculated based on precipitation and temperature data, as well as the local available water content of the soil. More information regarding the proposed

2

regulation schedule and description of the model run can be found at the Corps' web page at: http://www.saj.usace.army.mil/Missions/Civil-Works/Water-Management/

The extent of high flows (greater than 4500 cfs from S-79 on Caloosahatchee side and greater than 3000 cfs from all structures on St. Lucie side out into the ocean) is not clearly known and will be examined as part of the LOSOM study.  Coordination with South Florida Water Management District has identified that a model has been developed to evaluate hydrological and salinity effects 1-2 miles out in the St. Lucie inlet and up to 10 miles out of the Caloosahatchee River Estuary.

## 2.3   PROJECT LOCATION

Lake Okeechobee is located in south central Florida, partially surrounded by Herbert Hoover Dike (HHD), and occupies portions of, Glades, Hendry, Martin, Okeechobee, and Palm Beach counties (**Figure 2-1**). Lake Okeechobee has an area of approximately 730 square miles with its approximate center near 26° 56' 55" north latitude and 80° 56' 34" west longitude. The watershed north and west of LO drains an area totaling approximately 5,600 square miles of lands with major inflows coming from the Kissimmee River and Fisheating Creek. Lake Okeechobee is the third largest lake by land area in the United States and is a component of the Central and Southern Florida Flood Control Project (**Figure 2-2**).



**Figure 2-1.  Lake Okeechobee and Herbert Hoover Dike Map.**



**Figure 2-2 Lake Okeechobee Connection to Central and Southern Florida Flood Control Project Water Management System.**

## 2.4   DURATION OF THE ACTION

The Corps began implementing LORS as outlined in the Final Supplemental Environmental Impact Statement (FSEIS) on April 4, 2008. As discussed in the FSEIS, the Corps expects to operate under the LORS until the earlier of:

1) Implementation of a new Lake Okeechobee schedule as a component of the system-wide operating plan to accommodate the Comprehensive Everglades Restoration Plan (CERP) Band 1 projects and the State of Florida's fast track Acceler8 projects; or

2) Completion of the Herbert Hoover Dike (HHD) seepage berm construction or equivalent dike repairs for reaches 1, 2, and 3.

The expected completion date for HHD repairs is currently 2022. The Corps has initiated the Lake Okeechobee System Operating Manual scoping to result in a revised regulation schedule by 2022 to be in place to coincide with HHD repair construction completion (USACE 2019).

## 3   ENDANGERED SPECIES IN AREA OF PROJECT EFFECT

### 3.1   LISTED SPECIES

The following is a list of federally threatened and endangered species within the project area of effect.

- Everglade snail kite (*Rostrhamus sociabilis plumbeus*)
- wood stork (*Mycteria americana*)
- bald eagle (*Haliaeetus leucocephalus*)
- West Indian manatee (*Trichechus manatus*)
- Cape Sable seaside sparrow (*Ammodramus maritimus mirabilis*)
- eastern indigo snake (*Drymarchon corais couperi*)
- Okeechobee gourd (*Cucurbita okeechobeensis* ssp. *okeechobeensis*)
- Florida bonneted bat (*Eumops floridanus*)
- Florida Panther (*Puma concolor coryi*)
- Audubon's crested caracara (*Polyborus plancus audubonii*)

LO is hydrologically connected to the St. Lucie and Caloosahatchee River estuaries and to some degree the Atlantic Ocean and Gulf of Mexico during high flow events. Manatees feed on a variety of submerged, emergent, and floating vegetation, and usually forage in shallow seagrass beds adjacent to deeper channels. Management to reduce high LO stages results in the release of freshwater from LO, along with other tributary inflows, and stormwater runoff that can carry pollutants and cause large fluctuations in salinity. These fluctuations often expose estuarine biota, including vegetation important to manatee foraging, to salinities that are outside of their tolerance

ranges. LORS 2008 alternative regulation schedules that maintain flows, and hence estuarine salinities, within acceptable limits are best for estuarine health. However, it is important to note that the hydrologic model output used to evaluate LORS 2008 assumes maximum practicable releases from LO within each decision tree zone or band, with consideration of downstream operational constraints.

### 3.1.1 LORS Flows Evaluation

This provides a very useful means for comparing the effects of all alternatives. However, the decision making process to determine quantity, timing, and duration of the potential release considers estuary conditions/needs, potential impacts from lake releases, local runoff, and dry weather conditions. Although modeled and represented in the modeling output, maximum releases are not always necessary or recommended during actual lake operations. **Table 2** indicates that modeling of flows to the Caloosahatchee under LORS would fall in the more desirable range at S-79 (450-2800 cfs) a greater period of time (55%) than WSE (37%) resulting in less impact to estuarine biota, including aquatic vegetation important to the manatee. **Table 3** indicates that flows to the St. Lucie under LORS would fall in the more tolerable range at S-80 (350-2000) a slightly higher percentage of time (59 %) compared to 53% under WSE. This suggests a reduced impact from regulatory flood control releases to aquatic vegetation under LORS compared to WSE. The flow harm thresholds are based on the current 2007 RECOVER Northern Estuaries performance measure for salinity envelops where flows measured as S-79 ideally fall between 450-2800 cfs and flows measured at S-80 ranging between 350-2000 cfs. Flows greater than 2800 cfs impact oysters in the CRE and flows greater than 2000 cfs depress salinities below 3ppt and impact oysters in the SLE. LORS increases the % of flows in the good range in the CRE from 37% to 55% and in the SLE from 53% to 59%.

**Table 2:** Caloosahatchee Mean Monthly Flows percentage of period of record at S-79 structure.

| Water Control Plan | <450 | 450-2800 | 2800-4500 | >4500 |
|---|---|---|---|---|
| WSE | 46 | 37% | 10% | 7% |
| LORS | 30 | 55% | 8% | 7% |

**Table 3:** St. Lucie Mean Monthly Flows percentage of period of record at S-80 structure.

| Water Control Plan Simulation | <350 | 350-2000 | 2000-3000 | >3000 |
|---|---|---|---|---|
| WSE | 29 | 53% | 10% | 7% |
| LORS | 24 | 59% | 10% | 7% |

### 3.1.2  LORS Water Quality Evaluation

Lake Okeechobee inflows contain nutrients that have exceeded the total maximum daily load of 140 metric tons of total phosphorus (TP) by over 350 tons the during water year 2013-2017. Water Year 2018 received a higher volume of water and TP load to the lake increased to 1,046 metric tons, which is far above the running average for water years 2013-2017 of 497 metric tons.  Total nitrogen (TN) load has been higher around 5,070 tons for the 2013-2017 water years with an increase to 7,512 metric tons in water year 2018. The water management system operated by the Corps currently has limited control over the volume of water coming in to the lake, which has averaged around 2.8 million acre-ft over the 2013-2017 period with 2018 reaching 3.4 million acre-ft of inflow into Lake Okeechobee (SFWMD 2019a) largely due to Hurricane Irma.  The Corps does not have control over the nutrients coming into the lake.

Lake Okeechobee water releases to the estuaries are a portion of the total water volume and nutrients that includes volume and nutrient load from the watershed.  Lake Okeechobee flows averaged 26% of water to the St. Lucie Estuary (SLE) for water years 2013-2017.  Water Year 2018 saw an increased volume of water of 1,590,000 acre-ft total with 37% of the volume coming from Lake Okeechobee.  Nutrients in Lake Okeechobee inflows averaged 29% of the TN load and 18% of the TP load to the SLE. In water year 2018, TN load increased to 1,346 metric tons or 42% of total load and 161 metric tons of TP or 28% of the total load.  Lake Okeechobee flows averaged acre-ft (35%) of water to the Caloosahatchee River Estuary (CRE) with the C-43, S-4 and tidal basins average 65% for water years 2013-2017.  Water Year 2018 saw an increased volume of water of 3,067,000 acre-ft total with 39% of the volume coming from Lake Okeechobee.  Nutrients in Lake Okeechobee inflows averaged 1,302 metric tons of TN or 39% of the TN load and 82 tons of TP or 29% of the TP load to the CRE for water years 2013-2017. In water year 2018, TN load increased to 2,115 metric tons or 39% of total load and 194.7 metric tons of TP or 30% of the total load (SFWMD 2019b).

### 3.1.3  Harmful Algal Blooms

Generally, the proliferation of algae provides the energy source to fuel food webs, so most algae are not harmful even when they form "blooms" that are sometimes seen in coastal, estuarine, and inland waters. However, a small percentage of algae produce toxins, and are termed a Harmful Algal Bloom (HAB). HABs occur when algae, simple plants that live in water, produce toxic or harmful effects on people, fish, shellfish, marine mammals and birds. HABs also include blooms of non-toxic species that have harmful effects on marine ecosystems. For example, when masses of algae die and decompose, oxygen can be depleted in the water, causing the water to become low in oxygen. Low oxygen can have adverse effects on marine organisms by inducing them to leave the area, or causing mortality. Two algal groups have traditionally received the dubious distinction of constituting nuisance bloom populations or HAS. They include the prokaryotic cyanobacteria (Cyanophyceae, or blue-green algae) and dinoflagellates (Oinophyceae).

Perhaps one of the best known HAB is "red tide." Red tides are HABs that occur when microscopic algae in seawater proliferate to higher-than-normal concentrations. The dinoflagellate, *Karenia brevis*, is the most common red tide organism that is responsible for the red tide outbreaks along the southwest coast of Florida. The Florida red tides occur in the Gulf of Mexico almost every year, generally in the late summer or early fall. Not a new phenomenon, red tide has been documented along Florida's gulf coast since the early 1800s, with anecdotal reports of the effects dating back to the 1500s (FWRI 2006). Accounts of *Gymnodinium breve* blooms (a toxin producing species appearing with red tide) were linked with noxious "gases" and massive fish kills along the west coast of Florida as early as 1844 (Tester and Steidinger 1997). Red tides can adversely affect fish, birds, and marine mammals; cause health problems for humans; and adversely affect local economies (FWRI 2006). Red tide occurrences are most common off the central and southwestern coast of Florida between Clearwater and Sanibel Island, but may occur anywhere in the Gulf (FWRI 2006). Red tides may also occur, but are less common, along the southeastern Atlantic coast as far north as North Carolina (FWRI 2006).

A substantial amount of information has been accumulated through the years as a result of red tide research. The factors that lead to the initiation of a red tide bloom are not well understood; scientists have been monitoring and studying the phenomenon for a number of years. Research does support red tide bloom outbreaks first appearing offshore (Dragovich and Kelly 1966; Tester and Steidinger 1997) and are associated with the fronts caused by the onshore-offshore meanders of the Loop Current water along the outer southwest Florida shelf (Tester and Steidinger 1997). The role and sources of nutrients involved in initiation and maintenance of a red tide bloom have become a subject of scientific controversy. Several potential sources have been identified: rain, dust, upwelling of deep nutrient rich water, dead fish, other nitrogen fixing algae, submarine ground water discharge and runoff from the land. It is the latter source that has focused attention on the role of discharge at the Franklin Lock and Dam (S-79) on the Caloosahatchee River and releases from Lake Okeechobee. Both have been hypothesized to play a role in both initiation and maintenance. While most scientists agree that runoff could help maintain a bloom once it migrates near enough to shore, the generally accepted claim that there is not evidence that runoff from land plays a role in the generation of red tide blooms has been recently challenged (Brand and Compton 2007). Scientists indicate that nutrients from a combination of non-point source input, river flow and ground water are sufficient to generate and maintain in-shore blooms of red tide. Population increases and other anthropogenic factors have led to significant nutrient enrichment of Florida coastal waters over the past several decades. Whether red tides have increased consequently as suggested by Brand and Compton (2007) is a highly debated topic.

In general, there are a number of physical, chemical, and biotic factors that influence formation of red tides and other HAB (Paerl 1988) and no single factor has been identified as a root cause. The St. Lucie Estuary and Caloosahatchee River Estuary also experience occasional blooms of blue green algae. In some years, these appear associated with discharges from Lake Okeechobee (e.g. Caloosahatchee 2001), while

in other years blooms develop during periods with virtually no discharge from the Lake (Caloosahatchee 2006). It is unlikely that discharges from Lake Okeechobee are a prerequisite for HAB formation. Nutrients in the watershed contributed a greater portion of the TN and TP load that contributes to the persistence of blue green algae blooms. Older leaky septic systems are one point of such nutrient input (Lapointe, et al. 2017). In addition, a new study from U.S. Geological Survey indicates that salinities around 15 ppt slow down blue-green metabolism/growing, and salinities around 18 ppt start cell lysis in general.  Toxin persistence is less of an exact science due to multiple factors affecting its degradation/metabolism.

LORS 2008 shows improvement to both the Caloosahatchee and St. Lucie estuaries, and the Lake Worth Lagoon as compared to WSE. High freshwater flows are equal to or reduced for the Caloosahatchee Estuary and the St. Lucie Estuary, thereby potentially reducing the frequency of algal blooms, turbid water and fish kills. Although improvements are not substantial, improved conditions for sensitive estuarine biota, such as species dependent on this habitat for egg, larval, and juvenile stages, may be seen. LORS 2008 reduced the number of flows >2000 cfs from Lake Okeechobee to the St. Lucie Estuary. This reduction in high regulatory flows may provide improvement for the St. Lucie Estuary. Improved conditions within estuarine communities may result in improvements to SAV, oysters, fish, such as redfish, grouper, snook and spotted seatrout, and other fauna in the estuary.

Monitoring conducted as part of the managed recession revealed results consistent with prior research at the SFWMD, which indicated that short-term releases of water can have immediate negative impacts, but that these systems are resilient (Doering et al. 1999). Once discharges to the St. Lucie Estuary ceased, turbidity subsided within four days and salinity returned to ranges tolerable to oysters within one week. Impacts to seagrasses along the Atlantic coastline were localized and did not persist past June 2000. Recovery of environmental conditions was slower in the Caloosahatchee Estuary because there was seagrass mortality in the lower estuary. A cyanobacterial bloom (*Anabaena* spp.) was documented in the upper estuary, presumably related to the recession operation. A working hypothesis is that the water from Lake Okeechobee "seeded" the estuary with cyanobacteria, which then proliferated to bloom levels in a subsequent period when flow was maintained at near 300 cfs for a number of weeks, keeping conditions oligohaline. This low flow rate maintained an isohaline front near the city of Fort Myers. The bloom ended when freshwater discharges were stopped and salinity levels began to increase. However, the Caloosahatchee estuary also showed blue green algal bloom activity during the summer of 2006 when there was virtually no flow from Lake Okeechobee to the river.

FWS biologists at the North Florida Ecological Services Office have not identified direct health effects on manatees due to blue-green algae in the St. Lucie Estuary.  Manatees are herbivores and incidentally ingest algae when eating plants.  It is not known to cause health problems in manatees nor is it known to affect their ability to breed (FWS, 2019).  FWC identified 52 of the 67 manatees that had died (August 18, 2018 reporting) indicated they were red-tide related.  FWC further indicates a confounding factor to

manatee mortalities with classical brevetoxicosis (death from red tide toxins) occurred Caloosahatchee in years without cyanobacteria blooms (e.g. 1982, 1996, 1997, 1999, 2000, 2001, 2002, 2003, 2004, 2006, 2007, 2008, 2009, 2011, 2012, 2013, 2014, 2015, 2016, 2017) (FWC 2019).

The LOSOM study team in partnership with the Engineering Research Development Center, SFWMD, FDEP, and U.S. Geological Survey have several studies and research efforts underway to better understand the role of hydrology, nutrients, water management, and climate on harmful algal blooms in both Lake Okeechobee and the estuaries.  This information will be used to update analysis of effects on the environment as part of the National Environmental Policy Act assessment and biological assessment for LOSOM.

References

Brand, L.E. and A. Compton. 2007. Long-term increase in *Karenia brevis* abundance along the Southwest Florida Coast. Harmful Algae 6:232-252.

Doering, P.H. and RH. Chamberlain. 1999a. Water quality and the source of freshwater discharge to the Caloosahatchee Estuary, FL. Water Resources Bulletin 35:793-806.

Dragovich, A., and JA Kelly, Jr. 1966. Distribution and occurrence of *Gymnodinium brevis* on the west coast of Florida 1964-65. U.S. Fish and Wildlife Service. Rep. 541.

Florida Fish and Wildlife Conservation Commission (FWC) 2019. Personal communication between Jeff Beal (FWC) and Xayamara Serrano-Vincente (Corps) re coral reef survey data findings off the Atlantic Coast of Martin County, Florida.

Florida Fish and Wildlife Conservation Commission (FWC) 2019. Cyanobacteria questions.

Fish and Wildlife Research Institute. 2006. Red Tides in Florida. Web page found at: http://research.myfwc.com/features/view_article.asp?id=24936.

Fish and Wildlife Service. 2019. Northeast Florida Ecological Services Office. Threatened and Endangered Species: Blue-green Algae Blooms. https://www.fws.gov/northflorida/Manatee/blue-green%20algae%20blooms%20and%20manatees.html

Gilliam, D.S., Walton, C.J, Brinkhuis, V., Ruzicka, R., and M. Colella. 2015. Southeast Florida Coral Reef Evaluation and Monitoring Project 2014 Year 12 Final Report. Florida DEP Report #RM085. Miami Beach, FL. pp. 43.

Lapointe, B.E., L.W. Herren, A.L.Paule. 2017. Septic systems contribute to nutrient pollution and harmful algal blooms in the St. Lucie Estuary, Southeast Florida, USA. Harmful Algae 70:1-22.

Paerl, H.W. 1988. Nuisance Phytoplankton Blooms in Coastal, Estuarine, and Inland waters. Limnology and Oceanography, Vo1.33, No.4, Part 2. (Jul. 1988), pp. 823-847.

South Florida Water Management District, 2019. South Florida Environmental Report. Chapter 8B: Lake Okeechobee Watershed Annual Report. West Palm Beach, Fl. https://apps.sfwmd.gov/sfwmd/SFER/2019_sfer_final/v1/chapters/v1_ch8b.pdf.

South Florida Water Management District, 2019. South Florida Environmental Report -
    Chapter 8C: St. Lucie and Caloosahatchee River Watersheds Annual Report
    https://apps.sfwmd.gov/sfwmd/SFER/2019_sfer_final/v1/chapters/v1_ch8c.pdf.

Tester, PA and KA Steidinger. 1997. *Gymnodinium brevis* Red Tide Bloom: Initiation,
    Transport, and Consequences of Surface Circulation. *Limnology and
    Oceanography,* Vol. 42, No.5, Part 2. pp 1039-1051.

USACE, 2019. Lake Okeechobee System Operating Manual project web page.
    https://www.saj.usace.army.mil/LOSOM/.

**DEPARTMENT OF THE ARMY**
CORPS OF ENGINEERS, JACKSONVILLE DISTRICT
701 SAN MARCO BOULEVARD
JACKSONVILLE, FLORIDA 32207-8915

Planning and Policy Division
Environmental Branch                     MAR 21 2019

David Bernhardt
Assistant Regional Administrator
for Protected Resources
NOAA National Marine Fisheries Service
Southeast Regional Office
263 13th Avenue, South
St. Petersburg, FL 33701

Dear Mr. Bernhardt:

The U.S. Army Corps of Engineers (Corps) has reviewed our Endangered Species Act (ESA) consultation records with the National Marine Fisheries Service (NMFS) with respect to the 2008 Lake Okeechobee Regulation Schedule Water Control Plan (LORS 2008). This review has been conducted in light of initial information gathered to support formulation and evaluation of a new Lake Okeechobee regulation schedule as part of the Lake Okeechobee System Operating Manual (LOSOM) initiated January 25, 2019. The previous LORS 2008 consultation with NMFS resulted in concurrences on September 11, 2007 and on May 14, 2015. The 2007 consultation resulted in a concurrence with the Corps' determination that LORS 2008 may affect, but is not likely to adversely affect Johnson's seagrass (*Halophila johnsonii*) and the smalltooth sawfish (*Pristis pectinata*) and would have no effect on sea turtles including the loggerhead sea turtle (*Caretta caretta*), leatherback sea turtle (*Dermochelys coriacea*), Kemp's ridley sea turtle (*Lepidochelys kempii*), hawksbill sea turtle (*Eretmochelys imbricata*), and the green sea turtle (*Chelonia mydas*). The 2015 consultation resulted in a concurrence with the Corps' determinations that LORS 2008 may affect, but is not likely to adversely affect Johnson's seagrass (*Halophila johnsonii*) and its critical habitat and the smalltooth sawfish (*Pristis pectinata*) and its critical habitat.

Pursuant to Endangered Species Act (ESA) regulations at 50 CFR § 402.16, reinitiation of formal consultation will be required where discretionary Corps involvement or control over the action has been retained (or is authorized by law) and if: 1) the amount or extent of incidental take is exceeded; 2) new information reveals effects of the Corps' action that may affect listed species or critical habitat in a manner or to an extent not considered; 3) the Corps' action is subsequently modified in a manner that causes an effect to the listed species or critical habitat not considered; or 4) a new species is listed or critical habitat designated that may be affected by the action. The Corps believes new species have been listed that have not been addressed in the

-2-

Corps' consultation record with NMFS with regard to the LORS 2008 area of project effect. These species include: boulder star coral (*Orbicella franksi*), mountainous star coral (*Orbicella faveolata*), lobed star coral (*Orbicella annularis*), elkhorn coral (*Acropora palmata*), staghorn coral (*Acropora cervicornis*), rough cactus coral (*Mycetophyllia ferox*), and Nassau grouper (*Epinephelus striatus*).

Pursuant to the ESA, as amended, the Corps is requesting informal consultation and anticipates making effects determinations on newly listed species as well as coordinating on any new information that could relate to LORS effects (see attachment). Through correspondence and telephonic communication with NMFS, the Corps intends to identify the nature of effects, if any, to newly listed species as well as determine whether new information is available that would change the previous effects determinations.

If you have any questions, or need further information, please contact Andy LoSchiavo by email at Andrew.J.LoSchiavo@usace.army.mil or telephone at 904-232-2077. Thank you for your assistance in this matter.

Sincerely,

Angela E. Dunn
Chief, Environmental Branch

**Lake Okeechobee Regulation Schedule Informal Endangered Species Act Consultation**

## 1   INTRODUCTION

The purpose of this document is to coordinate information on the effects of the overall water management of Lake Okeechobee and the water releases associated with the Lake Okeechobee Regulation Schedule (LORS) on any threatened, endangered, or proposed species, as well as on any designated or proposed critical habitats in Lake Okeechobee (LO). This informal consultation package is prepared in accordance with the legal requirements set forth under regulations implementing Section 7 of the Endangered Species Act (ESA) regulations (50 C.F.R. Part 402). Initial analysis has relied upon a comparison of LORS to the prior water control plan (water supply and environment, the environmental baseline) to describe LORS' effects with respect to downstream estuaries and ocean outfalls. The Corps is currently considering changes to LORS as it develops the Lake Okeechobee System Operating Manual process (LOSOM).  However, the new proposed schedule will not be available for 2 years, so the ongoing action, LORS 2008, has not yet changed.  The Corps recognizes that newly listed species need to be analyzed for effects of the action, so the Corps requests verification of a species list.  A project description has been provided to assist the National Marine Fisheries Service (NMFS).  In addition, the Corps is providing its analysis of the LORS releases related to algal blooms based on current information in recognition that new information is being gathered to support the LOSOM study.

## 2   PROJECT DESCRIPTION

### 2.1   PROJECT AUTHORITY

Authority for the 2008 LORS is the Flood Control Act of 1948 (approved by Congress on June 30).  It authorized the Central and Southern Flood Control Project, which is a multipurpose project that provides flood control, water supply for municipal, industrial, and agricultural uses, prevention of salt water intrusion, water supply for Everglades National Park (ENP), and protection of fish and wildlife resources.  Furthermore, Section 310 of the 1990 Water Resources Development Act directed the Chief of Engineers to:

> …review the report of the Chief of Engineers on central and southern Florida, published as house Document 643, 80th Congress, 2nd Session, and other pertinent reports, with a view to determining whether modifications to the existing project are advisable at the present time due to significantly changed physical, biological, demographic, or economic conditions, with particular reference to modifying the project or its operations for improving the quality of the environment, improving protection of the aquifer, and improving the integrity, capability, and conservation of urban water supplies affected by the project or its operations.

### 2.2   PROJECT ACTION

The 2008 LORS was developed to manage water movement into and out of LO and to manage the lake levels to meet congressionally authorized project purposes including, flood control, water supply, navigation, fish and wildlife enhancement, and recreation.  The

original ESA consultation for the 2008 LORS was completed with the FWS on October 15, 2007 and September 11, 2007 with the NMFS.  Consultation was reinitiated with NMFS on designated critical habitat for the smalltooth sawfish and Johnson's seagrass, which was completed in May 13, 2015.  In addition, ESA consultation with FWS was reinitiated in December 22, 2015 and completed on June 4, 2018. The purpose of this informal re-initiation of ESA consultation for the 2008 LORS is to address the effects on newly listed species under the purview of NMFS. The LORS actions are fully described in the 2008 water control plan and environmental impact statement (USACE 2008).

The 2008 LORS regulation schedule replaced the Water Supply and Environment schedule (WSE, Corps 2000). One goal of particular importance for LORS was managing lower lake stages in LO, as extended periods of high water levels cause stress to the lake's littoral zone and integrity issues of the HHD. Another goal for this study was to reduce high regulatory releases to the St. Lucie and Caloosahatchee Estuaries, while balancing the needs of other project purposes such as flood control, water supply, navigation, recreation, as well as fish and wildlife enhancement.

The regulation schedule operational guidelines structure includes: Part 1-Define Lake Okeechobee Discharges to the Water Conservation Areas and Part 2-Define Lake Okeechobee Discharges to Tidewater (estuaries). The changes between LORS and WSE included the following: 1) the high and low elevations to manage lake levels are 11.5 feet to 17.25 feet, NGVD, with "up to maximum" releases to tidewater when in band A, if lake stage is greater than 17.25 feet; 2) regulatory bands A, B, and C bottoms are lower compared to WSE resulting in a more proactive schedule to limit high water conditions in LO; 3) allowance for the opportunity to reduce moderate to extreme high discharges to the St. Lucie Estuary. For example, when comparing the LORS to the WSE schedule, the band B maximum discharges at S-80 are lowered from 3500 to 2800 cubic feet per second (cfs). Band C maximum discharges at S-80 are lowered from 2500 to 1800 cfs; and 4) LORS allows for base flows to the Caloosahatchee Estuary for estuarine management efforts.

LORS also addresses long term weather patterns by applying tributary hydrologic conditions that represent longer term wet or dry conditions that have persisted in the tributaries. This is accomplished in two ways. The Palmer Drought Severity Index is used instead of the 30-day net rainfall, and the 14-day mean LO net inflow replaced the 14-day mean S-65E flow. The Palmer Drought Severity Index is a meteorological index that responds to weather conditions that have been abnormally dry or abnormally wet. The index is calculated based on precipitation and temperature data, as well as the local available water content of the soil. More information regarding the proposed regulation schedule and description of the model run can be found at the Corps' web page at: http://www.saj.usace.army.mil/Missions/Civil-Works/Water-Management/

The extent of high flows (greater than 4500 cfs from S-79 on Caloosahatchee side and greater than 3000 cfs from all structures on St. Lucie side out into the ocean) is not clearly known and will be examined as part of the LOSOM study.  Coordination with South Florida Water Management District has identified that a model has been developed to evaluate

hydrological and salinity effects 1-2 miles out in the St. Lucie inlet and up to 10 miles out of the Caloosahatchee River Estuary.

## 2.3   PROJECT LOCATION

Lake Okeechobee is located in south central Florida, partially surround by HHD, and occupies portions of, Glades, Hendry, Martin, Okeechobee, and Palm Beach counties (**Figure 2-1**). Lake Okeechobee has an area of approximately 730 square miles with its approximate center near 26° 56' 55" north latitude and 80° 56' 34" west longitude. The watershed north and west of LO drains an area totaling approximately 5,600 square miles of lands with major inflows coming from the Kissimmee River and Fisheating Creek. Lake Okeechobee is the third largest lake by land area in the United States and is a component of the Central and Southern Florida Flood Control Project (**Figure 2-2**).



**Figure 2-1.  Lake Okeechobee and Herbert Hoover Dike Map.**



**Figure 2-2 Lake Okeechobee Connection to Central and Southern Florida Flood Control Project Water Management System.**

## 2.4    DURATION OF THE ACTION

The Corps began implementing LORS as outlined in the Final Supplemental Environmental Impact Statement (FSEIS) on April 4, 2008. As discussed in the FSEIS, the Corps expects to operate under the LORS until the earlier of:

1) Implementation of a new Lake Okeechobee schedule as a component of the system-wide operating plan to accommodate the Comprehensive Everglades Restoration Plan (CERP) Band 1 projects and the State of Florida's fast track Acceler8 projects; or

2) Completion of the Herbert Hoover Dike (HHD) seepage berm construction or equivalent dike repairs for reaches 1, 2, and 3.

The expected completion date for HHD repairs is currently 2022. The Corps has initiated the Lake Okeechobee System Operating Manual scoping to result in a revised regulation schedule by 2022 to be in place to coincide with HHD repair construction completion (USACE 2019).

## 3    ENDANGERED SPECIES IN AREA OF PROJECT EFFECT

### 3.1    LISTED SPECIES

The following table provides a list of federally threatened and endangered species under the purview of NMFS within the project area of effect.

**Table 1.  List of federally threatened and endangered species within the project area (E: Endangered, T: Threatened, SA: Similarity of Appearance, CH: Critical Habitat, C: Candidate Species; PT: Proposed Threatened; PE: Proposed Endangered).**

| Common Name | Scientific Name | Status |
|---|---|---|
| **Reptiles** | | |
| green sea turtle | *Chelonia mydas* | E |
| hawksbill sea turtle | *Eretmochelys imbricate* | E |
| Kemp's ridley sea turtle | *Lipodochelys kempii* | E |
| leatherback sea turtle | *Dermochelys coriacea* | E |
| loggerhead sea turtle | *Caretta caretta* | T, CH |
| **Fish** | | |
| smalltooth sawfish* | *Pristis pectinata* | E, CH |
| Nassau grouper | *Epinephelus striatus* | T |
| **Invertebrates** | | |
| rough cactus coral | *Mycetophyllia ferox* | T |
| elkhorn coral* | *Acropora palmata* | T, CH |
| boulder star coral | *Orbicella franksi* | T |
| mountainous star coral | *Orbicella faveolata* | T |
| lobed star coral | *Orbicella annularis* | T |
| staghorn coral* | *Acropora cervicornis* | T, CH |
| **Plants** | | |
| Johnson's seagrass | *Halophila johnsonii* | E, CH |

## 3.2   LORS OPERATIONS EFFECTS

LO is hydrologically connected to the St. Lucie and Caloosahatchee River estuaries and to some degree the Atlantic Ocean and Gulf of Mexico during high flow events. Management to reduce high LO stages results in the release of freshwater from LO, along with other tributary inflows, and stormwater runoff that can carry pollutants and cause large fluctuations in salinity. These fluctuations often expose estuarine biota to salinities that are outside of their tolerance ranges. LORS 2008 alternative regulation schedules that maintain flows, and hence estuarine salinities, within acceptable limits are best for estuarine health. However, it is important to note that the hydrologic model output used to evaluate LORS 2008 assumes maximum practicable releases from LO within each decision tree zone or band, with consideration of downstream operational constraints.

### 3.2.1   LORS Flows Evaluation

This provides a very useful means for comparing the effects of all alternatives. However, the decision making process to determine quantity, timing, and duration of the potential release considers estuary conditions/needs, potential impacts from lake releases, local runoff, and dry weather conditions. Although modeled and represented in the modeling output, maximum releases are not always necessary or recommended during actual lake operations. **Table 2** indicates that modeling of flows to the Caloosahatchee under LORS would fall in the more desirable range at S-79 (450-2800 cfs) a greater period of time (55%) than WSE (37%) resulting in less impact to estuarine biota. **Table 3** indicates that flows to the St. Lucie under LORS would fall in the more tolerable range at S-80 (350-2000) a slightly higher percentage of time (59 %) compared to 53% under WSE. This suggests a reduced impact from regulatory flood control releases to aquatic vegetation under LORS compared to WSE. The flow harm thresholds are based on the current 2007 RECOVER Northern Estuaries performance measure for salinity envelops where flows measured as S-79 ideally fall between 450-2800 cfs and flows measured at S-80 ranging between 350-2000 cfs. Flows greater than 2800 cfs impact oysters in the CRE and flows greater than 2000 cfs depress salinities below 3ppt and impact oysters in the SLE. LORS increases the % of flows in the good range in the CRE from 37% to 55% and in the SLE from 53% to 59%.

**Table 2:** Caloosahatchee Mean Monthly Flows percentage of period of record at S-79 structure.

| Water Control Plan | <450 | 450-2800 | 2800-4500 | >4500 |
|---|---|---|---|---|
| WSE | 46 | 37% | 10% | 7% |
| LORS | 30 | 55% | 8% | 7% |

**Table 3:** St. Lucie Mean Monthly Flows percentage of period of record at S-80 structure.

| Water Control Plan Simulation | <350 | 350-2000 | 2000-3000 | >3000 |
|---|---|---|---|---|
| WSE | 29 | 53% | 10% | 7% |
| LORS | 24 | 59% | 10% | 7% |

## 3.2.2  LORS Water Quality Evaluation

Lake Okeechobee inflows contain nutrients that have exceeded the total maximum daily load of 140 metric tons of total phosphorus (TP) by over 350 tons the during water year 2013-2017. Water Year 2018 received a higher volume of water and TP load to the lake increased to 1,046 metric tons, which is far above the running average for water years 2013-2017 of 497 metric tons.  Total nitrogen (TN) load has been higher around 5,070 tons for the 2013-2017 water years with an increase to 7,512 metric tons in water year 2018. The water management system operated by the Corps currently has limited control over the volume of water coming in to the lake, which has averaged around 2.8 million acre-ft over the 2013-2017 period with 2018 reaching 3.4 million acre-ft of inflow into Lake Okeechobee (SFWMD 2019a) largely due to Hurricane Irma.  The Corps does not have control over the nutrients coming into the lake.

Lake Okeechobee water releases to the estuaries are a portion of the total water volume and nutrients that includes volume and nutrient load from the watershed.  Lake Okeechobee flows averaged 26% of water to the St. Lucie Estuary (SLE) for water years 2013-2017.  Water Year 2018 saw an increased volume of water of 1,590,000 acre-ft total with 37% of the volume coming from Lake Okeechobee.  Nutrients in Lake Okeechobee inflows averaged 29% of the TN load and 18% of the TP load to the SLE. In water year 2018, TN load increased to 1,346 metric tons or 42% of total load and 161 metric tons of TP or 28% of the total load.  Lake Okeechobee flows averaged acre-ft (35%) of water to the Caloosahatchee River Estuary (CRE) with the C-43, S-4 and tidal basins average 65% for water years 2013-2017.  Water Year 2018 saw an increased volume of water of 3,067,000 acre-ft total with 39% of the volume coming from Lake Okeechobee.  Nutrients in Lake Okeechobee inflows averaged 1,302 metric tons of TN or 39% of the TN load and 82 tons of TP or 29% of the TP load to the CRE for water years 2013-2017. In water year 2018, TN load increased to 2,115 metric tons or 39% of total load and 194.7 metric tons of TP or 30% of the total load (SFWMD 2019b).

## 3.2.3  Harmful Algal Blooms

Generally, the proliferation of algae provides the energy source to fuel food webs, so most algae are not harmful even when they form "blooms" that are sometimes seen in coastal, estuarine, and inland waters. However, a small percentage of algae produce toxins, and are termed a Harmful Algal Bloom (HAB). HABs occur when algae, simple plants that live in water, produce toxic or harmful effects on people, fish, shellfish, marine mammals and birds. HABs also include blooms of non-toxic species that have harmful effects on marine ecosystems. For example, when masses of algae die and decompose, oxygen can be depleted in the water, causing the water to become low in

oxygen. Low oxygen can have adverse effects on marine organisms by inducing them to leave the area, or causing mortality. Two algal groups have traditionally received the dubious distinction of constituting nuisance bloom populations or HAS. They include the prokaryotic cyanobacteria (Cyanophyceae, or blue-green algae) and dinoflagellates (Oinophyceae).

Perhaps one of the best known HAB is "red tide." Red tides are HABs that occur when microscopic algae in seawater proliferate to higher-than-normal concentrations. The dinoflagellate, Karenia brevis, is the most common red tide organism that is responsible for the red tide outbreaks along the southwest coast of Florida. The Florida red tides occur in the Gulf of Mexico almost every year, generally in the late summer or early fall. Not a new phenomenon, red tide has been documented along Florida's gulf coast since the early 1800s, with anecdotal reports of the effects dating back to the 1500s (FWRI 2006). Accounts of *Gymnodinium breve* blooms (a toxin producing species associated with red tide) were linked with noxious "gases" and massive fish kills along the west coast of Florida as early as 1844 (Tester and Steidinger 1997). Red tides can adversely affect fish, birds, and marine mammals; cause health problems for humans; and adversely affect local economies (FWRI 2006). Red tide occurrences are most common off the central and southwestern coast of Florida between Clearwater and Sanibel Island, but may occur anywhere in the Gulf (FWRI 2006). Red tides may also occur, but are less common, along the southeastern Atlantic coast as far north as North Carolina (FWRI 2006).

A substantial amount of information has been accumulated through the years as a result of red tide research. The factors that lead to the initiation of a red tide bloom are not well understood; scientists have been monitoring and studying the phenomenon for a number of years. Research does support red tide bloom outbreaks first appearing offshore (Dragovich and Kelly 1966; Tester and Steidinger 1997) and are associated with the fronts caused by the onshore-offshore meanders of the Loop Current water along the outer southwest Florida shelf (Tester and Steidinger 1997). The role and sources of nutrients involved in initiation and maintenance of a red tide bloom have become a subject of scientific controversy. Several potential sources have been identified: rain, dust, upwelling of deep nutrient rich water, dead fish, other nitrogen fixing algae, submarine ground water discharge and runoff from the land. It is the latter source that has focused attention on the role of discharge at the Franklin Lock and Dam (S-79) on the Caloosahatchee River and releases from Lake Okeechobee. Both have been hypothesized to play a role in both initiation and maintenance. While most scientists agree that runoff could help maintain a bloom once it migrates near enough to shore, the generally accepted claim that there is not evidence that runoff from land plays a role in the generation of red tide blooms has been recently challenged (Brand and Compton 2007). Scientists indicate that nutrients from a combination of non-point source input, river flow and ground water are sufficient to generate and maintain in-shore blooms of red tide. Population increases and other anthropogenic factors have led to significant nutrient enrichment of Florida coastal waters over the past several decades. Whether red tides have increased consequently as suggested by Brand and Compton (2007) is a highly debated topic.

In general, there are a number of physical, chemical, and biotic factors that influence formation of red tides and other HAB (Paerl 1988) and no single factor has been identified as a root cause. The St. Lucie Estuary and Caloosahatchee River Estuary also experience occasional blooms of blue green algae. In some years, these appear associated with discharges from Lake Okeechobee (e.g. Caloosahatchee 2001), while in other years blooms develop during periods with virtually no discharge from the Lake (Caloosahatchee 2006). It is unlikely that discharges from Lake Okeechobee are a prerequisite for HAB formation. Nutrients in the watershed contributed a greater portion of the TN and TP load that contributes to the persistence of blue green algae blooms. Older leaky septic systems are one point of such nutrient input (Lapointe, et al. 2017). In addition, a new study from U.S. Geological Survey indicates that salinities around 15 ppt slow down blue-green metabolism/growing, and salinities around 18 ppt start cell lysis in general.  Toxin persistence is less of an exact science due to multiple factors affecting its degradation/metabolism.

LORS 2008 shows improvement to both the Caloosahatchee and St. Lucie estuaries, and the Lake Worth Lagoon as compared to WSE. High freshwater flows are equal to or reduced for the Caloosahatchee Estuary and the St. Lucie Estuary, thereby potentially reducing the frequency of algal blooms, turbid water and fish kills. Although improvements are not substantial, improved conditions for sensitive estuarine biota, such as species dependent on this habitat for egg, larval, and juvenile stages, may be seen. LORS 2008 reduced the number of flows >2000 cfs from Lake Okeechobee to the St. Lucie Estuary. This reduction in high regulatory flows may provide improvement for the St. Lucie Estuary. Improved conditions within estuarine communities may result in improvements to SAV, oysters, fish, such as redfish, grouper, snook and spotted seatrout, and other fauna in the estuary.

Monitoring conducted as part of the managed recession revealed results consistent with prior research at the SFWMD, which indicated that short-term releases of water can have immediate negative impacts, but that these systems are resilient (Doering et al. 1999). Once discharges to the St. Lucie Estuary ceased, turbidity subsided within four days and salinity returned to ranges tolerable to oysters within one week. Impacts to seagrasses along the Atlantic coastline were localized and did not persist past June 2000. Recovery of environmental conditions was slower in the Caloosahatchee Estuary because there was seagrass mortality in the lower estuary. A cyanobacterial bloom (*Anabaena* spp.) was documented in the upper estuary, presumably related to the recession operation. A working hypothesis is that the water from Lake Okeechobee "seeded" the estuary with cyanobacteria, which then proliferated to bloom levels in a subsequent period when flow was maintained at near 300 cfs for a number of weeks, keeping conditions oligohaline. This low flow rate maintained an isohaline front near the city of Fort Myers. The bloom ended when freshwater discharges were stopped and salinity levels began to increase. However, the Caloosahatchee estuary also showed blue green algal bloom activity during the summer of 2006 when there was virtually no flow from Lake Okeechobee to the river.

The LOSOM study team in partnership with the Engineering Research Development Center, SFWMD, FDEP, and U.S. Geological Survey have several studies and research efforts underway to better understand the role of hydrology, nutrients, water management, and climate on harmful algal blooms in both Lake Okeechobee and the estuaries. This information will be used to update analysis of effects on the environment as part of the National Environmental Policy Act assessment and biological assessment for LOSOM.

### 3.2.4  Species Distribution and Status for Newly Listed Species

Coral species distribution information is limited in the immediate outfall of the St. Lucie Inlet. Corals are not known to be present on the outfall of the Caloosahatchee River.

- Elkhorn and staghorn coral distribution
  https://sero.nmfs.noaa.gov/protected_resources/coral/elkhorn_coral/document/FAQ/species_fact_sheet.pdf
- Boulder star coral has even less information regarding locations on the NMFS website.
  https://www.fisheries.noaa.gov/species/boulder-star-coral#overview.

The Corps' recent coordination with Florida Department of Environmental Protection (FDEP) and Florida Fish and Wildlife Conservation Commission (FWC) revealed that isolated coral colonies were found in Martin County reefs in 2006, but most had been impacted by stony coral tissue loss disease (FWC, pers. comm., 2019). A recent survey in 2014, funded by FDEP, failed to identify any live listed coral species in the Martin County reef (Gilliam et al. 2014).

Nassau grouper could be in the area of project effect. The main reason given for listing this species was direct harvesting leading to a decrease in spawning aggregations.
https://sero.nmfs.noaa.gov/documents/main_articles/pdfs/faqs_for_final_rule_to_list_nassau_grouper_as_threatened.pdf

https://www.fisheries.noaa.gov/species/nassau-grouper

## 4   REFERENCES

Brand, L.E. and A. Compton. 2007. Long-term increase in *Karenia brevis* abundance along the Southwest Florida Coast. Harmful Algae 6:232-252.

Doering, P.H. and RH. Chamberlain. 1999a. Water quality and the source of freshwater discharge to the Caloosahatchee Estuary, FL. Water Resources Bulletin 35:793-806.

Dragovich, A., and JA Kelly, Jr. 1966. Distribution and occurrence of *Gymnodinium brevis* on the west coast of Florida 1964-65. U.S. Fish and Wildlife Service. Rep. 541.

Florida Fish and Wildlife Conservation Commission, 2019.  Personnal Communication between Jeff Beal (FWC) and Xayamara Serrano-Vincente (Corps) and coral reef survey data findings off the coast of Martin County.

Fish and Wildlife Research Institute. 2006. Red Tides in Florida. Web page found at: http://research.myfwc.com/features/view_article.asp?id=24936.

Gilliam, D.S., Walton, C.J, Brinkhuis, V., Ruzicka, R., and M. Colella. 2015. Southeast Florida Coral Reef Evaluation and Monitoring Project 2014 Year 12 Final Report. Florida DEP Report #RM085. Miami Beach, FL. pp. 43.

Lapointe, B.E., L.W. Herren, A.L.Paule. 2017. Septic systems contribute to nutrient pollution and harmful algal blooms in the St. Lucie Estuary, Southeast Florida, USA. Harmful Algae 70:1-22.

Paerl, H.W. 1988. Nuisance Phytoplankton Blooms in Coastal, Estuarine, and Inland waters. Limnology and Oceanography, Vo1.33, No.4, Part 2. (Jul. 1988), pp. 823-847.

South Florida Water Management District, 2019. South Florida Environmental Report. Chapter 8B: Lake Okeechobee Watershed Annual Report. West Palm Beach, Fl. https://apps.sfwmd.gov/sfwmd/SFER/2019_sfer_final/v1/chapters/v1_ch8b.pdf.

South Florida Water Management District, 2019. South Florida Environmental Report - Chapter 8C: St. Lucie and Caloosahatchee River Watersheds Annual Report https://apps.sfwmd.gov/sfwmd/SFER/2019_sfer_final/v1/chapters/v1_ch8c.pdf.

Tester, PA and KA Steidinger. 1997. *Gymnodinium brevis* Red Tide Bloom: Initiation, Transport, and Consequences of Surface Circulation. *Limnology and Oceanography,* Vol. 42, No.5, Part 2. pp 1039-1051.

USACE, 2019. Lake Okeechobee System Operating Manual project web page. https://www.saj.usace.army.mil/LOSOM/.