AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.<br><br>*Plaintiff(s)*<br>v.<br>U.S. ARMY CORPS OF ENGINEERS, et al.<br><br>*Defendant(s)* | Civil Action No.<br><br>2:19-cv-14199-DMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  U.S. Army Corps of Engineers
441 G Street NW
Washington, DC 20314-1000

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jaclyn Lopez
Center for Biological Diversity
P.O. Box 2155
St. Petersburg, FL 33731

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Jun 11, 2019

s/ C.Davis
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.<br><br>*Plaintiff(s)*<br>v.<br>U.S. ARMY CORPS OF ENGINEERS, et al.<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.<br><br>2:19-cv-14199-DMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Colonel Andrew Kelley, Commander and District Engineer
U.S. Army Corps of Engineers, Jacksonville District
P.O. Box 4970
Jacksonville, FL 32232-0019

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jaclyn Lopez
Center for Biological Diversity
P.O. Box 2155
St. Petersburg, FL 33731

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Jun 11, 2019

*s/ C.Davis*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.<br><br>*Plaintiff(s)*<br>v.<br>U.S. ARMY CORPS OF ENGINEERS, et al.<br><br>*Defendant(s)* | Civil Action No.<br><br>2:19-cv-14199-DMM |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  U.S. Department of the Interior
1849 C Street, NW
Washington, DC 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jaclyn Lopez
Center for Biological Diversity
P.O. Box 2155
St. Petersburg, FL 33731

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Jun 11, 2019

s/ C.Davis
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al. | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. |
| U.S. ARMY CORPS OF ENGINEERS, et al. | ) ) ) | 2:19-cv-14199-DMM |
| *Defendant(s)* | ) ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* David Bernhardt, Secretary
U.S. Department of the Interior
1849 C Street, NW
Washington, DC 20240


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jaclyn Lopez
Center for Biological Diversity
P.O. Box 2155
St. Petersburg, FL 33731

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jun 11, 2019



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ C.Davis

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.<br><br>*Plaintiff(s)*<br>v.<br>U.S. ARMY CORPS OF ENGINEERS, et al.<br><br>*Defendant(s)* | Civil Action No. 2:19-cv-14199-DMM |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* National Marine Fisheries Service
1315 East-West Highway, 14th Floor
Silver Spring, MD 20910

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jaclyn Lopez
Center for Biological Diversity
P.O. Box 2155
St. Petersburg, FL 33731

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Jun 11, 2019

Angela E. Noble
Clerk of Court

s/ C.Davis
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al. | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. |
| U.S. ARMY CORPS OF ENGINEERS, et al. | ) ) ) ) | 2:19-cv-14199-DMM |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Dr. Roy E. Crabtree, Regional Administrator
National Marine Fisheries Service, Southeast Regional Office
263 13th Avenue South
St. Petersburg, FL 33701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jaclyn Lopez
Center for Biological Diversity
P.O. Box 2155
St. Petersburg, FL 33731

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Jun 11, 2019

s/ C.Davis
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.<br><br>*Plaintiff(s)*<br>v.<br>U.S. ARMY CORPS OF ENGINEERS, et al.<br><br>*Defendant(s)* | Civil Action No.<br><br>2:19-cv-14199-DMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* U.S. Fish and Wildlife Service
1849 C Street, NW
Washington, DC 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jaclyn Lopez
Center for Biological Diversity
P.O. Box 2155
St. Petersburg, FL 33731

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jun 11, 2019



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ C.Davis*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al. | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. |
| U.S. ARMY CORPS OF ENGINEERS, et al. | | 2:19-cv-14199-DMM |
| | ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Margaret Everson, Principal Deputy Director
U.S. Fish and Wildlife Service
1849 C Street, NW
Washington, DC 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jaclyn Lopez
Center for Biological Diversity
P.O. Box 2155
St. Petersburg, FL 33731

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Jun 11, 2019

*s/ C.Davis*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al. | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. |
| U.S. ARMY CORPS OF ENGINEERS, et al. | ) ) ) | 2:19-cv-14199-DMM |
| *Defendant(s)* | ) ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  William Barr, Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jaclyn Lopez
Center for Biological Diversity
P.O. Box 2155
St. Petersburg, FL 33731


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

s/ C.Davis

Deputy Clerk
U.S. District Courts

Date: Jun 11, 2019

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al. | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. |
| U.S. ARMY CORPS OF ENGINEERS, et al. | ) ) ) ) | 2:19-cv-14199-DMM |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Ariana Fajardo Orshan, U.S. Attorney
U.S. Attorney's Office
101 South U.S. 1, Suite 3100
Ft. Pierce, FL 34950

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jaclyn Lopez
Center for Biological Diversity
P.O. Box 2155
St. Petersburg, FL 33731

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Jun 11, 2019

*s/ C.Davis*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court