UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Ft. Pierce Division

Case No. 2:19-14199-cv-DMM

CENTER FOR BIOLOGICAL DIVERSITY;
CALUSA WATERKEEPER; and
WATERKEEPER ALLIANCE,

    *Plaintiffs,*

v.

U.S. ARMY CORPS OF ENGINEERS;
COL. ANDREW KELLY, in his official
capacity as Commander and District Engineer
of the U.S. Army Corps of Engineers; U.S.
DEPARTMENT OF THE INTERIOR;
DAVID BERNHARDT, in his official
capacity as Secretary of the U.S. Department
of Interior; NATIONAL MARINE
FISHERIES SERVICE; DR. ROY E.
CRABTREE, in his official capacity as
Regional Administrator of the Southeast
Regional Office of National Marine Fisheries
Service; U.S. FISH AND WILDLIFE
SERVICE; and MARGARET EVERSON, in
her official capacity as Principal Deputy
Director of U.S. Fish and Wildlife Service,

    *Defendants*.

## PLAINTIFFS' NOTICE OF RELATED ACTION

Plaintiffs Center for Biological Diversity, Calusa Waterkeeper, and Waterkeeper Alliance, by their undersigned counsel, hereby give notice to the Court and opposing counsel that there may be a pending lawsuit related to the above-captioned case. This notice is provided pursuant to Local Rule 3.8 of the United States District Court for the Southern District of

[ 1 ]

Florida, which requires parties to inform the Court and opposing counsel of other pending actions that have subject matter that is a material part of the subject matter of the action at hand.

On April 25, 2007, Judge K. Michael Moore administratively closed *National Wildlife, et al. v. Harvey*, No. 2:06−14197 (S.D. Fla.), a case involving the U.S. Army Corps of Engineers' (Corps) regulation of Lake Okeechobee.[1] Because no final decision issued from the Court, the case might be considered "pending."

*Harvey* might be related to the above-captioned case because both cases involve the Corps' Endangered Species Act obligations regarding its regulation of Lake Okeechobee. Furthermore, the cases have a common Defendant in the Corps, and both cases raise claims that the Defendant(s) violated the Endangered Species Act 16 U.S.C. § 1536(a)(2), 16 U.S.C. § 1583(a)(1)(B), 16 U.S.C. § 1536(a)(1), and 50 C.F.R. § 402.16(b).

**DATED**:  June 21, 2019

Respectfully Submitted,

/s/ Jaclyn Lopez
JACLYN LOPEZ, Trial Counsel
FL Bar No. 96445
Center for Biological Diversity
P.O. Box 2155
St. Petersburg, FL 33731
Tel: (727) 490-9190
jlopez@biologicaldiversity.org

---

[1] The D.C. District Court transferred *Harvey* to the United States District Court for the Southern District of Florida on August 3, 2006, upon motion by Defendants. Order Transferring Case at 1, 233, *Nat'l Wildlife, et al v. Harvey*, No. 2:06−cv−14197−KMM (S.D. Fla. Aug. 3, 2006). Following repeated stays, Judge Moore ordered the case closed for administrative purposes stating that the case "may be reopened upon a motion by either party after the RDSEIS has been produced." Order Granting in Part Joint Motion to Vacate Scheduling Order . . . Closing Case for Administrative Purposes . . . at 1, *Nat'l Wildlife, et al v. Harvey*, No. 2:06−cv−14197−KMM (S.D. Fla. Apr. 25, 2007).

/s/ Jason Totoiu
JASON TOTOIU
FL Bar No. 871931
Center for Biological Diversity
P.O. Box 2155
St. Petersburg, FL 33731
Tel: (561) 568-6740
jtotoiu@biologicaldiversity.org


*Attorney for Plaintiffs*
*Center for Biological Diversity, Calusa*
*Waterkeeper, and Waterkeeper Alliance*