UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Ft. Pierce Division

CENTER FOR BIOLOGICAL DIVERSITY;
CALUSA WATERKEEPER; and
WATERKEEPE ALLIANCE,

    *Plaintiffs,*

      v.                                  Case No. 2:19-cv-14199-DMM

U.S. ARMY CORPS OF ENGINEERS;
COL. ANDREW KELLY, in his official
Capacity as Commander and District Engineer
of the U.S. Army Corps of Engineers; U.S.
DEPARTMENT OF THE INTERIOR;
DAVID BERNHARDT, in his official
Capacity as Secretary of the U.S. Department
Of the Interior; NATIONAL MARINE
FISHERIES SERICE; DR. ROY E.
CRABTREE, in his official capacity as
Regional Administrator of the Southeast
Regional Office of National Marine Fisheries
Service; U.S. FISH AND WILDLIFE
SERVICE; and MARGARET EVERSON, in
her official capacity as Principal Deputy
Director of U.S. Fish and Wildlife Service,

    *Defendants.*
_____/

## NOTICE OF APPEARANCE OF COUNSEL

    Please be advised that Mark Arthur Brown, Senior Trial Attorney, United States Department of Justice, Environment and Natural Resources Division, Wildlife & Marine Resources Section, hereby enters an appearance as counsel for the Defendants.

    Apart from pleadings, documents or other papers that must be electronically filed with the Court, service may be made on Mr. Brown as follows:

Mark Arthur Brown
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel:  (202) 305-0204
Fax:  (202) 305-0275
mark.brown@usdoj.gov

Express Deliveries:   4 Constitution Square
150 M Street, NE
Ste. 2.900
Washington, DC 20001

Respectfully submitted on this 12th day of July, 2019.

JEAN E. WILLIAMS
Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division


By:  s/ *Mark Arthur Brown*
MARK ARTHUR BROWN
Florida Bar No. 099504
Senior Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
E-Mail:  mark.brown@usdoj.gov
Telephone: (202) 305-0204
Facsimile:  (202) 305-0275

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 12, 2019 a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                By:  s/ *Mark Arthur Brown*
                                                      Mark Arthur Brown