UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. PIERCE DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; CALUSA WATERKEEPER; and WATERKEEP ALLIANCE,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. ARMY CORPS OF ENGINEERS; COL. ANDREW KELLY, in his official capacity as Commander and District Engineer of the U.S. Army Corps of Engineers; U.S. DEPARTMENT OF THE INTERIOR; DAVID BERNHARDT, in his official capacity as Secretary of the U.S. Department of Interior; NATIONAL MARINE FISHERIES SERVICE; DR. ROY E. CRABTREE, in his official capacity as Regional Administrator of the Southeast Regional Office of National Marine Fisheries Service; U.S. FISH AND WILDLIFE SERVICE and AURELIA SKIPWITH, in her official capacity as Director of the U.S. Fish and Wildlife Service,<br><br>Federal Defendants. | CASE NO.: 2:19-cv-14199-DMM |

**CORPS DEFENDANTS' NOTICE OF FINAL
SUPPLEMENTAL ENVIRONMENTAL ASSESSMENT AND
FINDING OF NO SIGNIFICANT IMPACT**

Corps Defendants (United States Army Corps of Engineers (Corps) and Col. Andre Kelly, in his official capacity as Commander and District Engineer of the Corps) hereby respectfully provide notice that the Corps of Engineers, Jacksonville District, has recently published its final Supplemental Environmental Assessment for the "2020 Planned Deviation To

The Water Control Plan For Lake Okeechobee And Everglades Agricultural Area (LORS 2008) (Glades, Hendry, Martin, Okeechobee, and Palm Beach Counties, Florida)" and has issued a final Finding of No Significant Impact, signed on October 8 by District Commander Colonel Andrew D. Kelly, Jr. A copy of the Final Supplemental EA and FONSI is filed herewith as Exhibit A.

Corps Defendants believe the attached Final Supplemental EA and FONSI may have a bearing of the Court's resolution of the parties' pending cross-motions for summary judgment on issues arising under the National Environmental Policy Act.

Respectfully submitted this 15th day of October, 2020.

JEAN E. WILLIAMS
DEPUTY ASSISTANT ATTORNEY GENERAL

*/s/ Peter Kryn Dykema*
PETER KRYN DYKEMA (DC Bar 419349)
Natural Resources Section
4 Constitution Square
150 M Street, N.E.
Washington, D.C. 20002
Tel: 202-305-0436
Email: peter.dykema@usdoj.gov

MARK ARTHUR BROWN (FL Bar 099504)
Wildlife and Marine Resources Section
4 Constitution Square
150 M Street, N.E.
Washington, D.C. 20002
Tel: 202-305-0204
Email: mark.brown@usdoj.gov

Attorneys for Defendants

Of Counsel:

Brooks Moore
Rachel D. Gray
Carolyn Devita Tooley
Assistant District Counsel

U.S. Army Corps of Engineers
701 San Marco Boulevard
Jacksonville, Florida 32207
Brooks.W.Moore@usace.army.mil
Rachel.D.Gray@usace.army.mil
Carolyn.Q.DevitaTooley@usace.army.mil

Cornelius W. Purcell
USACE South Atlantic Division Counsel
CECC-SAD
60 Forsyth Street, SW
Room 10M15
Atlanta, Georgia 30303
Cornelius.w.purcell@usace.army.mil

Matthew A. Axtell
Assistant Counsel for Environmental Law
Office of the Chief Counsel
Headquarters, U.S. Army Corps of Engineers
441 G Street NW
Washington, DC 20314
matthew.a.axtell@usace.army.mil

James V. DeBergh
Assistant Counsel for Litigation
Office of the Chief Counsel
Headquarters, U.S. Army Corps of Engineers
441 G Street NW
Washington, DC 20314
james.v.debergh@usace.army.mil

Helen Speights
Attorney-Adviser
Office of the Regional Solicitor
Southeast Region
75 Spring Street SW, Suite 304
Atlanta, GA 30303
helen.speights@sol.doi.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of October, 2020, I filed the foregoing using the United States District Court CM/ECF system, which caused all counsel of record to be served electronically.

*/s/ Peter Kryn Dykema*