**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 2:19-cv-14199-MIDDLEBROOKS

CENTER FOR BIOLOGICAL DIVERSITY;
CALUSA WATERKEEPER; and
WATERKEEPER ALLIANCE,

      Plaintiffs,

v.

U.S. ARMY CORPS OF ENGINEERS; COL.
ANDREW KELLY, in his official capacity as
Commander and District Engineer of the U.S.
Army Corps of Engineers; U.S. DEPARTMENT
OF THE INTERIOR; DAVID BERNHARDT, in
his official capacity as Secretary of the U.S.
Department of Interior; NATIONAL MARINE
FISHERIES SERVICE; DR. ROY E.
CRABTREE, in his official capacity as Regional
Administrator of the Southeast Regional Office of
National Marine Fisheries Service; U.S. FISH
AND WILDLIFE SERVICE; and AURELIA
SKIPWITH, in her official capacity as Director of
U.S. Fish and Wildlife Service,

      Defendants.
_____/

## ORDER APPROVING STIPULATION OF DISMISSAL

THIS CAUSE comes before the Court upon the Parties' Stipulated Motion to Dismiss, filed on October 23, 2020. (DE 90). Therein, the Parties stipulate to the dismissal of Plaintiffs' pending National Environmental Policy Act (NEPA) claim (*i.e.*, the First Claim for Relief as set forth in Plaintiffs' Complaint, DE 1 at 38–39 ¶¶ 237–242). Accordingly, having read and considered the Parties' Joint Stipulation, it is hereby

    **ORDERED and ADJUDGED** that

(1) Plaintiffs' pending National Environmental Policy Act (NEPA) claim (*i.e.*, the First Claim for Relief as set forth in Plaintiffs' Complaint, DE 1 at 38–39 ¶¶ 237–242) is **DISMISSED WITH PREJUDICE AS MOOT**, with all Parties to bear their own costs and fees as to the NEPA claim.

(2) This dismissal is without prejudice to any challenge that Plaintiffs may make to the adequacy of the Lake Okeechobee Regulation Schedule Deviation NEPA documents.

**SIGNED** in Chambers in West Palm Beach, Florida, this 26th day of October 2020.

_____
Donald M. Middlebrooks
United States District Judge

cc: All Counsel of Record