UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 2:19-cv-14199-MIDDLEBROOKS

CENTER FOR BIOLOGICAL DIVERSITY;
CALUSA WATERKEEPER; and
WATERKEEPER ALLIANCE,

      Plaintiffs,

v.

U.S. ARMY CORPS OF ENGINEERS; COL.
ANDREW KELLY, in his official capacity as
Commander and District Engineer of the U.S.
Army Corps of Engineers; U.S. DEPARTMENT
OF THE INTERIOR; DAVID BERNHARDT, in
his official capacity as Secretary of the U.S.
Department of Interior; NATIONAL MARINE
FISHERIES SERVICE; DR. ROY E.
CRABTREE, in his official capacity as Regional
Administrator of the Southeast Regional Office of
National Marine Fisheries Service; U.S. FISH
AND WILDLIFE SERVICE; and AURELIA
SKIPWITH, in her official capacity as Director of
U.S. Fish and Wildlife Service,

      Defendants.
_____/

## ORDER APPROVING STIPULATION

THIS CAUSE comes before the Court on the Parties' Stipulation to Settle Plaintiffs' Claim for Attorneys' Fees and Costs ("Stipulation"). (DE 103). Upon careful review of the Stipulation and the record as a whole, it is hereby **ORDERED** and **ADJUDGED** that the Parties' Stipulation to Settle Plaintiffs' Claim for Attorneys' Fees and Costs is **APPROVED** and **SHALL ENTER** into force according to the following terms:

1. Defendants agree to pay, and Plaintiffs agree to accept, **$110,000.00** in full and complete satisfaction of any and all claims pursuant to the Endangered Species Act

1

       ("ESA"), 16 U.S.C. § 1540(g)(4), the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, and/or any other statute or common law theory, for all attorneys' fees and costs incurred by Plaintiffs in connection with the above-captioned lawsuit and/or the related case through and including the date of the Stipulation.

2. Defendants' payment described in Paragraph 1 above will be made by electronic funds transfer to the Center for Biological Diversity for appropriate distribution.

3. Within ten (10) business days of entry of this Order approving the Stipulation, counsel for Plaintiffs will provide Defendants with the following information necessary for Defendants to process the payment described in Paragraph 1 above by electronic funds transfer: the payee's name, the payee's address, the payee's bank account number, the account type, the name of the payee's bank, the bank routing transit number, and the payee's tax identification number.

4. Defendants agree to submit all necessary paperwork for the processing of the payment described in Paragraph 1 above to the appropriate office(s) within ten (10) business days of receiving the information necessary for processing the electronic funds transfer described in Paragraph 3 above.

5. By the Stipulation, the parties do not waive any right to claim or contest fees, including hourly rates, in any future litigation. Further, the Stipulation has no precedential value and shall not be used as evidence in any other attorneys' fees litigation.

6. Plaintiffs agree to accept payment of **$110,000.00** in full and complete satisfaction of any and all claims, demands, rights, and/or causes of action for attorneys' fees and costs to which it may be entitled in connection with the above-referenced case

through and including the date of the Stipulation. Plaintiffs also shall provide to Defendants confirmation of receipt of payment.

7. The undersigned Parties to the Stipulation agree that it was negotiated in good faith and constitutes a settlement of claims that were vigorously contested, denied, and disputed. By entering into the Stipulation, the undersigned parties to same did not waive any claim or defense.

8. Nothing in the Stipulation shall be interpreted as, or shall constitute, a requirement that Defendants are obligated to expend or pay any funds exceeding those available, or take any action in contravention of the Anti-Deficiency Act, 31 U.S.C. § 1341, or any other appropriations law.

9. The representatives of Defendants and Plaintiffs who signed the Stipulation certify that they are fully authorized by the Parties that they represent to enter into all the terms and conditions of the Stipulation.

10. The Stipulation is effective as of the date of this Order.

**SIGNED** in Chambers in West Palm Beach, Florida, this 14th day of January 2021.

Donald M. Middlebrooks
United States District Judge

cc: All Counsel of Record