UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. PIERCE DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY;<br>CALUSA WATERKEEPER; and<br>WATERKEEPER ALLIANCE,<br><br>    Plaintiffs,<br><br>v.<br><br>U.S. ARMY CORPS OF ENGINEERS;<br>COL. ANDREW KELLY, in his<br>official capacity as Commander and District<br>Engineer of the U.S. Army Corps of Engineers;<br>U.S. DEPARTMENT OF THE INTERIOR;<br>SCOTT DE LA VEGA,[1] in his official capacity as<br>Acting Secretary of the U.S. Department of Interior;<br>U.S. FISH AND WILDLIFE SERVICE<br>and MARTHA WILLIAMS, in her<br>official capacity as Principal Deputy Director<br>exercising authority of the Director of the<br>U.S. Fish and Wildlife Service,<br><br>    Defendants. | CASE NO.: 2:19-cv-14199-DMM |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that the Federal Defendants in this action (U.S. Army Corps of Engineers, Col. Andrew Kelly, in his official capacity, U.S. Department of the Interior, Scott de la Vega, in his official capacity, and Martha Williams, in her official capacity) hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the attached Final Judgment entered in this action on January 7, 2021 (ECF No. 102) (Exhibit 1).

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Scott de la Vega, in his official capacity as Acting Secretary of the Interior, is automatically substituted for David Bernhardt. Martha Williams, in her official capacity as Principal Deputy Director exercising authority of the Director of the U.S. Fish and Wildlife Service, is automatically substituted for Aurelia Skipwith.

Respectfully submitted this 8th day of March, 2021.

                                             JEAN E. WILLIAMS
Acting Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

*/s/ Mark Arthur Brown*
MARK ARTHUR BROWN
Wildlife and Marine Resources Section
4 Constitution Square
150 M Street, N.E.
Washington, D.C. 20001 Tel: 202-305-0204
Email: mark.brown@usdoj.gov
PETER KRYN DYKEMA (DC Bar 419349)
Natural Resources Section
4 Constitution Square
150 M Street, N.E.
Washington, D.C. 20001
Tel: 202-305-0436
Email: peter.dykema@usdoj.gov
Attorneys for Defendants

Of Counsel:

Brooks Moore
Rachel D. Gray
Carolyn Devita Tooley
Assistant District Counsel
U.S. Army Corps of Engineers
701 San Marco Boulevard
Jacksonville, Florida 32207

Helen Speights
Attorney-Adviser
U.S. Department of the Interior
Office of the Regional Solicitor
Southeast Region
75 Ted Turner Drive SW, Suite 304
Atlanta, GA 30303

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on the 8th day of March, 2021, I filed the foregoing using the United States District Court CM/ECF, which caused all counsel of record to be served electronically.

      /s/ Mark Arthur Brown
      Mark Arthur Brown