UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 2:19-cv-14199-MIDDLEBROOKS

CENTER FOR BIOLOGICAL DIVERSITY;
CALUSA WATERKEEPER; and
WATERKEEPER ALLIANCE,

    Plaintiffs,

v.

U.S. ARMY CORPS OF ENGINEERS; COL.
ANDREW KELLY, in his official capacity as
Commander and District Engineer of the U.S.
Army Corps of Engineers; U.S. DEPARTMENT
OF THE INTERIOR; DAVID BERNHARDT, in
his official capacity as Secretary of the U.S.
Department of Interior; NATIONAL MARINE
FISHERIES SERVICE; DR. ROY E.
CRABTREE, in his official capacity as Regional
Administrator of the Southeast Regional Office of
National Marine Fisheries Service; U.S. FISH
AND WILDLIFE SERVICE; and AURELIA
SKIPWITH, in her official capacity as Director of
U.S. Fish and Wildlife Service,

    Defendants.
_____/

## FINAL JUDGMENT ORDER

THIS CAUSE comes before the Court upon the Parties' Joint Motion for Entry of Final Judgment (DE 101), filed on January 4, 2021. Pursuant to Rule 58 of the Federal Rules of Civil Procedure, the Parties move for the entry of their proposed Final Judgment, "provided that no party is waiving its right to appeal, or its positions on appealing, any Final Judgment." (DE 101; DE 101-1).

In their October 29, 2020 Joint Status Report, the Parties stated that they "anticipate[d] filing a motion for entry of final judgment pursuant to Fed. R. Civ. P. 58 upon resolution of

1

Plaintiffs' claim for attorneys' fees and costs." (DE 96). Because the Parties identified attorney's fees and costs as the only remaining issue potentially requiring judicial resolution, (*Id.*), and because the filing of the instant Motion signals that the Parties have independently come to an agreement on that issue, I find that entry of Final Judgment is appropriate.

Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1) The Parties' Joint Motion for Entry of Final Judgment (DE 101) is **GRANTED**.

(2) In accordance with the Order on ESA Partial Summary Judgment (DE 83) and pursuant to Fed. R. Civ. P. 58, **JUDGMENT IS ENTERED FOR PLAINTIFFS**.

(3) By moving for entry of this Final Judgment, no Party has waived its right to appeal, or its positions on appealing, same.

**SIGNED** in Chambers in West Palm Beach, Florida, this 7th day of January 2021.

Donald M. Middlebrooks
United States District Judge

cc: All Counsel of Record